UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :

ROBERT JANKOVICS,                                 :

                                                            :         05 Civ. 10299 (SHS)

                           Plaintiff,                       :

                                                            :         ORDER

                -against-                       :

STEPHEN L. GRELLER; JOSEPH ANTHONY   :
EGITTO; and WOLFSON, GRELLER, EGITTO,  :
KITCHEN & KLEIN, f/k/a WOLFSON, GRELLER :
EGITTO & KLEIN, LLP,                       :

                         Defendants.                  :

------------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/21/09

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today with counsel for all parties present,

IT IS HEREBY ORDERED that the last day for discovery is January 29, 2010, and the next pretrial conference in this matter shall be held on January 29, 2010 at 10 a.m.

Dated: New York, New York
       December 21, 2009

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.